Christopher A. Yturralde, Esq., SB#151853
SUTHERLAND & GERBER
A Professional Corporation
Attorneys at Law
1443 West Main Street
El Centro, California 92243
(760)353-4444 (Telephone)
(760)352-2533 (Facsimile)

Attorneys for Defendant, Jesus Esteban Garcia

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JESUS ESTEBAN GARCIA,<br><br>　　　　　Defendant. | CASE NO. 08mj08507-PCL-2<br><br>**SUBSTITUTION OF ATTORNEYS** |

　　　The defendant, Jesus Esteban Garcia, hereby substitutes Christopher A. Yturralde of Sutherland & Gerber as his attorney in the above-entitled case in place of Gary Burcham, Burcham & Zugman, APC.

DATED: June ___, 2008
6-19-08

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jesus Esteban Garcia
　　　　　　　　　　　　　　　　　　　Defendant

DATED: June 19, 2008　　　　　　I agree to the foregoing substitution.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gary Burcham
　　　　　　　　　　　　　　　　　　　Burcham & Zugman, APC

DATED: June 19, 2008　　　　　　I agree to the foregoing substitution.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Christopher A. Yturralde
　　　　　　　　　　　　　　　　　　　Sutherland & Gerber, APC

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

## ORDER

I hereby approve the above substitution of attorneys.

Dated: __6-19-08__, 2008

_____
U.S. Magistrate-Judge